ACCEPTED
04-14-00527-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/1/2015 2:54:01 PM
KEITH HOTTLE
CLERK

# No. 04-14-00527-CV
# In the Fourth Court of Appeals
# San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
04/1/2015 2:54:01 PM
KEITH E. HOTTLE
Clerk

## ANNA MARIA SALINAS SAENZ, *ET AL.*

### APPELLANT

### v.

## THORP PETROLEUM CORP., *ET AL.*

### APPELLEES

On Appeal from the 229th District Court
Starr County, Texas
No. DC-04-120

# APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Roger S. Braugh, Jr.
Texas Bar No. 00796244
SICO, WHITE, HOELSCHER,
  HARRIS, & BRAUGH, LLP
900 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78470
Phone: (361) 653-3300
Fax:   (361) 653-3333
rbraugh@swbtrial.com

David George
Texas Bar No. 00793212
CONNELLY • BAKER • WOTRING LLP
700 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002
Phone:  (713) 980-1700
Fax:  (713) 980-1701
dgeorge@connellybaker.com

Pursuant to Texas Rule of Appellate Procedure 10.5(b), Appellants request a thirty-day extension of the due date on their reply brief. Appellants' reply brief is currently due on Tuesday, April 7, 2015.[1] Appellants request that their reply brief now be due on Thursday, May 7, 2015. Appellees do not oppose this extension.

David George is the attorney who is drafting Appellants' reply brief. George's work on other cases makes it difficult for him to file the reply brief by April 7, 2015. In the last two weeks, George has filed briefs with the United States Court of Appeals for the Fifth Circuit and the First Court of Appeals in Houston, Texas.[2] In the next two weeks, George will be extensively involved in summary-judgment briefing for a large environmental lawsuit pending in Harris County, Texas.[3]

---

[1] The Appellants are Anna Maria Salinas Saenz; Joel Saenz; Hermelinda Benavides; Leoncio Salinas; Romulo Benavides III; Reynaldo Garcia; Simon Ramon, Jr.; Gumecinda Ramon; Jacinto A. Garcia, Sr.; Diana E. Conde; Minerva Castillo; Josue Garcia; Blanca Estella Garza; Aroldo Garcia; Mary Elisa Garcia ; Leticia Garcia-De La Paz and Lizette A. Garcia, individually and as heirs and representatives of the Estate of Guillermo Garcia, Jr., deceased; Aurora Garcia Martinez; Aida Martinez; Francisco Martinez; Luisa M. Ruiz; Josue Eliab Garcia, Sr. ; Thelma Benavides Aguilar ; and Irma Benavides Cerda.

[2] *Kelsey-Seybold Med. Group, PA v. Great-West Healthcare of Tex., Inc.*, No. 14-20506 (5th Cir.); *Kelsey-Seybold Med. Group PLLC v. Williams*, No. 01-12-00578-CV (Tex. App.—Houston [1st Dist.]);

[3] *Harris County v. Melcher*, No. 2011-52524 (215th Dist. Ct., Harris Cty, Tex.).

Appellants, therefore, requests that this Court extend their reply brief's due date until Thursday, May 7, 2015. No previous extensions of the due date for Appellants' reply brief have been sought and granted.

Respectfully submitted,

/s/ David George

| | |
|---|---|
| Roger S. Braugh, Jr. | David George |
| Texas Bar No. 00796244 | Texas Bar No. 00793212 |
| SICO, WHITE, HOELSCHER, | CONNELLY • BAKER • WOTRING LLP |
| HARRIS, & BRAUGH, LLP | 700 JPMorgan Chase Tower |
| 900 Frost Bank Plaza | 600 Travis Street |
| 802 N. Carancahua | Houston, Texas 77002 |
| Corpus Christi, Texas 78470 | Phone: (713) 980-1700 |
| Phone: (361) 653-3300 | Fax: (713) 980-1701 |
| Fax: (361) 653-3333 | dgeorge@connellybaker.com |
| rbraugh@swbtrial.com | |

*Counsel for Appellants*

## CERTIFICATE OF SERVICE

I certify that on April 1, 2015, I served a copy of this document upon the following individuals by certified mail:

Lee S. Gill
JONES, GILL LLP
6363 Woodway, Suite 1100
Houston, TX 77057
Attorney for Thorp Petroleum Corporation;
El Paso Production Company; El Paso E&P
Company, LP; El Paso Exploration & Production
Management, Inc.; El Paso Exploration &
Production; Stanco Land Management, LLC and
Meredith Land & Minerals Co.

Mark Hanna
SCOTT, DOUGLASS & McCONNICO, L.L.P.
600 Congress Avenue, Suite 1500
Austin, Texas 78701-3589
Attorney for Smith Production Inc.

O.C. Hamilton, Jr.
ATLAS & HALL, L.L.P.
P.O. Drawer 3725
McAllen, TX 78502
Attorney for Fausto Salinas; Rosalinda Salinas
Balderas; Linda Mandes; Veronica Casas Campbell;
Elda Salinas Ponce; Cindy Casas Reyna;
Eloida Salinas; and D-FOX, Ltd.


*/s/ David George*
David George

4

## CERTIFICATE OF CONFERENCE

I certify on April 1, 2015, Appellees' counsel Kennon Wooten and Joseph Vale informed me that the Appellees do not oppose the Court granting the relief requested in this motion.

/s/ *David George*
David George